CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 28 2014

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONALD CORNELIUS JACKSON, | ) | Civil Action No. 7:13-cv-00341 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| A. DAVID ROBINSON, <u>et al.</u>, | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Dr. Mobashar's motion to dismiss is **GRANTED**; the claims against Dr. Mobashar are **DISMISSED**; and Dr. Mobashar is **TERMINATED** as a defendant.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 28th day of March, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge